

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 411558)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-6985
Facsimile: 415-436-6748
Valerie.smith2@usdoj.gov

Attorneys for U.S. Department of Education

The following constitutes the order of the Court.
Signed: December 18, 2024

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHADI GHAFFARIAN,<br><br>    Debtor,<br><br>_____<br><br>SHADI GHAFFARIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant.<br>_____ | Case No. 23-41513-WJL<br><br>Adversary Proceeding<br>Chapter 7<br><br>**JUDGMENT PARTIALLY DISCHARGING DEBTOR'S STUDENT LOANS**<br><br>Adv. Proc. No.: 24-04005 - WJL |

1   This matter came before the Court on the Stipulated Request for Entry of Judgment, Shadi
2   Ghaffarian ("Debtor"), and Defendant, the United States of America, on behalf of the U.S. Department
3   of Education ("Education"), through counsel, presenting a Stipulated Request for Entry of an Order
4   Partially Discharging Student Debt which resolves Debtor's claims against Education. Based on the
5   stipulations in the Stipulated Request and the Court being otherwise advised,

6   1.  The Stipulation (Dkt. No. 17) is approved.

7   2.  As to Debtor's student loans held by Education and identified in Debtor's National Student Loan
8   Data System ("NSLDS") record as Loan 1, Loan, 2, Loan 3, and Loan 4 ("Education Discharged
9   Loans"), the Court finds that Debtor satisfies the criteria for discharge of this student loan required by 11
10  U.S.C. § 523(a)(8). Repayment of the Education Discharged Loan will create a present and future
11  hardship for Debtor, and Debtor has made good faith attempts to repay this loan in the past.
12  Accordingly, IT IS HEREBY ORDERED that the Education Discharged Loans, which had a balance of
13  $38,569.58 as of December 5, 2024, is discharged in this adversary proceeding under § 523(a)(8).

14  3.   IT IS FURTHER ORDERED that Debtor is not entitled to discharge the Direct Parent Plus loan
15  identified as Loan 5 on Debtor's NSLDS record with a balance of $14,796.41 as of December 5, 2024.
16  Debtor has not shown that repayment of Loan 5 will create an undue hardship for Debtor as required by
17  11 U.S.C. § 523(a)(8).

18  4.   Debtor and Education shall bear their own costs and fees, including attorneys' fees, in this
19  adversary proceeding.

20  5.  Debtor's claims against Nelnet Servicing LLC are dismissed.

21  6.  This is a final and appealable order with no just cause for delay.

22  IT IS SO ORDERED.

23                                  END OF ORDER
24                                  APPROVED TO FORM

25  Dated: December 17, 2024            Respectfully submitted,

26                                      ISMAIL J. RAMSEY
                                        United States Attorney
27
                                        */s/ Valerie E. Smith*
28                                      VALERIE E. SMITH
                                        Assistant United States Attorney

JUDGMENT
Case No. 24-4005-WJL                    1

| | |
|---|---|
| | *Attorneys for the United States and the U.S. Department of Education* |
| DATED: December 17, 2024 | Respectfully submitted, |
| | /s/ Darya S. Druch |
| | DARYA S. DRUCH |
| | *Attorney for Plaintiff/Debtor* |

**Court Service List**